[No. 31567-6-I.     Division One.     May 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL A. ARGUETA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01662-8, Sharon S. Armstrong, J., entered January 28, 1993. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Becker, J.

[No. 31593-5-I.     Division One.     May 23, 1994.]

THE CITY OF KENT, *Respondent*, v. RICHARD CARRILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02864-2, LeRoy McCullough, J., entered September 29, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[Nos. 30989-7-I; 31100-0-I.     Division One.     May 23, 1994.]

*In the Matter of* CAIN MARKUSEN.

*In the Matter of* CHRIS HADRATH.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 92-8-00251-3, 92-8-00249-1, Charles R. Snyder, J. Pro Tem., entered June 8, 1992. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Pekelis, JJ.